

--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458      JAN 13 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

1/5/2015

COLLETTE, SAMUEL Jr.   Tr. Ct. No. 89-49239-C              WR-19,89?

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

SAMUEL COLLETTE JR.
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDCJ # 479765
P. O. BOX 26007                                    FWD
BEAUMONT, TX 77720

IEBN3B 77720